| | |
|---|---|
| LAURIE WASHINGTON,<br><br>    PLAINTIFF,<br><br>VS.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY,<br><br>DEFENDANT | CIVIL ACTION<br><br>NO.: 223CV02382GGGKWR<br><br><br>JUDGE: GREG GERARD GUIDRY<br><br><br>MAGISTRATE: KAREN WELLS ROBY |

## ORDER OF DISMISSAL

The Court having been advised that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, but without prejudice <u>**only**</u> to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 21st day of March, 2024.

*Greg Gerard Guidry*
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE
